U.S. ATTORNEY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## CENTRAL DIVISION
## LEXINGTON

Eastern District of Kentucky
FILED

MAR 0 5 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 5:26CR29-CHB-MAS

GABRIEL OSORIO GONZALEZ,
JUAN VALTIERRA-SANCHEZ,

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 21 U.S.C. § 846

Beginning in or about July 2025, the exact date unknown, and continuing through in or about March 2026, the exact date unknown, in Fayette County, Woodford County, Bourbon County, and Scott County, all within the Eastern District of Kentucky, and elsewhere,

GABRIEL OSORIO GONZALEZ,
JUAN VALTIERRA-SANCHEZ,



did knowingly and intentionally conspire together and with others, both known and unknown to the Grand Jury, to distribute 400 grams or more of a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

## COUNT 2
## 21 U.S.C. § 841(a)(1)

On or about October 7, 2025, in Fayette County, in the Eastern District of Kentucky,

### GABRIEL OSORIO GONZALEZ

did knowingly and intentionally distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about October 7, 2025, in Bourbon County, in the Eastern District of Kentucky,

[REDACTED]

aided and abetted by one another, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

## COUNT 4
## 21 U.S.C. § 841(a)(1)
## 18 U.S.C. § 2

On or about December 10, 2025, in Scott County, in the Eastern District of Kentucky,

**GABRIEL OSORIO GONZALEZ and
JUAN VALTIERRA-SANCHEZ,**

aided and abetted by one another, did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, all in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
## 18 U.S.C. § 1956(h)

Beginning in or about July 2025, the exact date unknown, and continuing through in or about March 2026, the exact date unknown, in Fayette County and Woodford County, in the Eastern District of Kentucky, and elsewhere,

**GABRIEL OSORIO GONZALEZ and**
**[REDACTED]**

did knowingly conspire and agree with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, by knowingly conducting and attempting to conduct financial transactions affecting interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, that is, drug trafficking, and that while conducting and attempting to conduct such financial transaction knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i); all in violation of Title 18, United States Code, Section 1956(h).

## COUNT 6
## 18 U.S.C. § 1956(a)(1)(A)(i)

On or about July 16, 2025, in Fayette County, in the Eastern District of Kentucky,

### GABRIEL OSORIO GONZALEZ

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of United States currency, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit, drug trafficking, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

## COUNT 7
## 18 U.S.C. § 1956(a)(1)(A)(i)

On or about September 3, 2025, in Fayette County, in the Eastern District of Kentucky,

### GABRIEL OSORIO GONZALEZ and
### ▬▬▬▬▬▬▬▬▬▬

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of United States currency, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit, drug trafficking, and that while conducting and attempting to conduct such financial transaction, knew that the

property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

## COUNT 8
## 18 U.S.C. § 1956(a)(1)(A)(i)

On or about November 6, 2025, in Fayette County, in the Eastern District of Kentucky,

**GABRIEL OSORIO GONZALEZ**

did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, to wit, the transfer of United States currency, which involved the proceeds of a specified unlawful activity, that is, drug trafficking, with the intent to promote the carrying on of specified unlawful activity, to wit, drug trafficking, and that while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, all in violation of 18 U.S.C. § 1956(a)(1)(A)(i).

## FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 982(a)(1)

1. By virtue of the commission of the felony offenses alleged in Counts 1-4 of the Indictment, **GABRIEL OSORIO GONZALEZ, JUAN VALTIERRA-SANCHEZ,** ▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violations of 21 U.S.C. §§ 841 and/or 846, and any and all property constituting

proceeds obtained directly or indirectly as a result of the commission of those violations. Any and all interest that the Defendants have in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

    2.    By virtue of the commission of the offenses alleged in Counts 5-8 of this Indictment, **GABRIEL OSORIO GONZALEZ** ▇▇▇▇▇▇▇▇▇▇▇ shall forfeit to the United States any and all property, real or personal, involved in the violations of 18 U.S.C. § 1956 and any property traceable to such property. Any and all interest that the above-named Defendants have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 982(a)(1).

    3.    The property to be forfeited includes, but is not limited to, the following:

**CURRENCY:**
$58,000 in U.S. currency seized from ▇▇▇▇▇▇▇▇▇▇▇ in Lexington, Kentucky, on or about September 3, 2025.

    4.    If any of the property listed above, as a result of any act or omission of the Defendant(s), (A) cannot be located upon the exercise of due diligence; (B) has been transferred or sold to, or deposited with, a third party; (C) has been placed beyond the jurisdiction of the court; (D) has been substantially diminished in value; or (E) has been commingled with other property which cannot be divided without difficulty, the United States shall be entitled to forfeit substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL

_____
FOREPERSON

*[signature]*
PAUL C. McCAFFREY
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1 - 4:**
Imprisonment for not less than 10 years nor more than Life imprisonment, a fine of not more than $10,000,000, and not less than 5 years supervised release.

**If at least one prior serious drug felony or serious violent felony conviction:**
Imprisonment for not less than 15 years nor more than Life imprisonment, a fine of not more than $20,000,000, and not less than 10 years supervised release.

**COUNTS 5 - 8:**
Imprisonment for not more than 20 years, a fine of not more than $500,000, or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100 per felony count.

**PLUS:**       Forfeiture of all listed items.

**PLUS:**       Restitution, if applicable.